No. 1173, Misc. CALHOUN ET AL. *v.* HERTWIG, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 1177, Misc. DEMERS *v.* SHEHAB ET AL. Sup. Ct. R. I. Certiorari denied.

No. 1181, Misc. KOPETKA *v.* TAHASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 1183, Misc. EDWARDS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg and *Robert G. Maysack* for the United States.

No. 1185, Misc. BOULWARE *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 1186, Misc. MILLER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1187, Misc. CHANCE *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 1189, Misc. WEATHERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1191, Misc. NAILOR *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.